Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 18 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

Ricky R. Ewing #34383
)
)
)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v- MS. Lisa (SMCI)
Commission - Mr. Cain  MS. Pamela
Parole Board - MDOC         Robinson
Record Dept - MDOC          (MDOC)
Supt. MS. Alicia Box - MDOC  MS. Hudge (SMCI)
(MS. Anderson)  *Defendant(s)* MS. Cassay (SMCI)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:22cv10LG-RHWR
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.


(1)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ricky R Ewing
   All other names by which you have been known: # LOVE, Ronnell
   ID Number: 34353
   Current Institution: SMCI A1 Bed 65A Zone Area 2
   Address: P.O. Box 1419
   Leakesville    MS    39451
   City           State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Commissioner-Cains-/MS. Alicia Box/MDOC
   Job or Title (if known): Commissioner
   Shield Number:
   Employer: MDOC
   Address: 301 N. Lamar St
   Jackson    MS    39201
   City       State  Zip Code
   [ ] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: (MDOC) Parole Board / MS. Pamella Robinson (MDOC)
   Job or Title (if known):
   Shield Number:
   Employer: MDOC
   Address: 301 N. Lamar St
   Jackson    MS    39201
   City       State  Zip Code
   [ ] Individual capacity  [X] Official capacity

   (2)

   Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: (MDOC) Record Dept (SMCI) / MS. Anderson (SMCI) MS. Ceasar E1
Job or Title (if known):
Shield Number:
Employer:
Address: 301 N. Lamar St, Jackson, MS 39201 / P.O. Box 1419, Leakesville, MS 39451

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: (SMCI) Greene County, MS (MS. Lisa) E2 (SMCI) (MS. Hodge) E2 (MS. Tilley) ILAP Director (SMCI)
Job or Title (if known):
Shield Number:
Employer: School Teacher
Address: P.O. Box 1419, Leakesville, MS 39451

☐ Individual capacity   ☒ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Ewing #34535 Constitutional Rights has been violated by the Defendant. My Time is up, Ricky Ronnell Ewing should be set free. (Conspiracy)(Racism)(Forgery)(Discrimination) Cruel Unusual Punishment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Section 1983 ) Each Defendant lied, Conspiracy, Discrimination, Racism, Forgery, Cruel Unusual Punishment, Violated My Filing S4353 Ms. Anderson (SMCI), Ms. Ceasar (SMCI) - Case Manager Ms. Lisa, Ms. Hodge - School Teacher E2 Area 2

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

* 12.3.21 / SMCI 2.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

12-3-21  11:00 A.M.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Was Denied Parole Based on A Big lie on 12-2-21 by All of the Defendants At SMCI Greene Co. MS, Conspiracy, Discrimination, Racism, Forgery, Cruel Unusual Punishment MDOC violated Mr. Ewing 34353 Rights. Everyone In my Class Room Complete of Pre-Release Program Made Parole. Allen D. Henderson N5145 Made parole Me And Him had A Manslaughter Charge Also, MDOC Said Mr. Henderson has Served Sufficient portion Of Sentence. What you thank I Mr. Ewing 34353 and John. Exhibits B,H,W

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Hurt, Felt Bad, My Charge is No different From the Rest of Inmate that Finish Pre-Release Program With me that Made Parole. But When my time to make parole MDOC Staff Member brought
* Serious of Offense Nature
* MDOC you Still like Mr. Ewing 34353 have it done enough time About 21 years or 23 years — Incorrect Time Sheet

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Grant Me Release And Time Serve Please, Because my Time is Complete. * Settle my case with that or Grant me $5.5 Million Dollars for violating my Rights At MDOC. I Won't A Jury Trial

* I Guarantee that MDOC violated my Rights In those Exhibits And Hole Room of Legal Paper From the Floor too the Ceiling And To the Wall.

⑤

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). SMCI

E1-Bed 140B / Move to A1-Bed 65A  Behind All of this Mess.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?



D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? To ARP process Through ITAP (SMCI) And Never, Never Heard From It.

2. What did you claim in your grievance? That my Rights has been violated by the Defendant here At (SMCI) Greene CO. As In Each Exhibit Attach.

3. What was the result, if any?

WAS Denied, lied to, Discrimination, Races, Conspiracy, Cruel Unusual punishment (Finish pre-Release Program Classes but denied Parole.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

ARP, Affidavit, Time Sheet, Parole Board, Summons, Complaint.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Yes I been file a grievance in this case, but I never heard from this case grievance, you can't bring this one up talking about Backlog, I drop All of them to get to this one, MDOC does not have a grievance process.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: ARP process/ILAP Service/Case Manager/School Teacher/Commission/Alicia Box/Ms. Robinson/Records Dept, Parole Board/SMCI Staff Memeber E2/B1/C/ Ms. Tilley (SMCI)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Only Information that I know SMCI, MDOC Is A big lie, And very Races. I'm prove It.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* Yes

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?
☒ Yes  Don't Hole that Against Me because My life is in Danger Here At Greene County, Mississippi
☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. D.C. of Jackson, MS / 5th Cir Court /

(8)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   12-3-21

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Denied Parole No Not in my favor   Yes Mr. Ewing 34353 did Appeal.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   Yes

(9)

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Ricky R. Ewing #34353
   Defendant(s) Cal w et al 1:21-cv-69

2. Court *(if federal court, name the district; if state court, name the county and State)*
   USDC of Jackson, MS

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   12-3-21 At 11:00 A.M.

6. Is the case still pending?
   ☐ Yes
   ☒ No

   Time Complete. Release me of Now!

   If no, give the approximate date of disposition 12.3.21

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Yes It was Dismissed / Commission / The Parole Board / Record Dept, MDOC staff-member AA (B mei) lied
   Yes I Appealed It, Supposed to Have done it.



IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12.14.21

Signature of Plaintiff: Ricky R. Ewing #84353
Printed Name of Plaintiff: Ricky R. Ewing #84353
Prison Identification #: SMCI
Prison Address: P.O. Box 1419
Leakesville, MS    MS    39451
City    State    Zip Code

B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City    State    Zip Code

Telephone Number: _____
E-mail Address: _____



## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

※ Commission, 301 N Lamar St, Jackson, MS 39201

※ MS. BOX-MDOC-301 N. Lamar St, Jackson, MS 39201

※ USDC of Gulfport, MS -

※ Mississippi Supreme Court -

※ 5th Cir Court of Appeal New Orleans, LA -

※ Record Dept - 301 N Lamar St, Jackson, MS 39201

SO CERTIFIED, this the 12th day of Jan, 20 22.

Ricky R Ewing #34353
Petitioner
Ricky R Ewing 34353
MDOC #
A1 Bed 65 A zone
Address P.O. Box 1419
Leakesville, MS 39451
Address